# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2006

129134(112)

SUE H. APSEY and ROBERT APSEY, JR.,
       Plaintiffs-Appellees-Cross
       Appellants,

v

MEMORIAL HOSPITAL, d/b/a
MEMORIAL HEALTHCARE CENTER,
       Defendant,
and

RUSSELL H. TOBE, D.O., JAMES H.
DEERING, D.O., and JAMES H. DEERING,
D.O., P.C., d/b/a SHIAWASSEE RADIOLOGY
CONSULTANTS, P.C.,
       Defendants-Appellants-Cross
       Appellees.
_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129134
COA: 251110
Shiawassee CC: 01-007289-NH

On order of the Chief Justice, the motion by defendants-appellants for leave to file a supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2006

_____
Clerk